1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK KROTOSKI, (CABN 138549)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TXSBN 24047097)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3740
7     FAX: (510) 637-3724

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
11

12 UNITED STATES OF AMERICA      )    No.CR-07-70202 WDB
                                 )
13        v.                     )
                                 )
14 MAURICE KEVIN COLEMAN,        )    SUBSTITUTION OF ATTORNEY
                                 )
15        Defendant.             )
   _____ )
16

17    Please take notice that as of April 10, 2007, the Special Assistant U.S. Attorney whose

18 name, address, telephone number and email address are listed below was assigned to be

19 counsel for the government.

20            Special Assistant U.S. Attorney Bryan R. Whittaker
                       1301 Clay Street, Suite 340S
21                        Oakland, CA 94612
                       Telephone: (510) 637-3740
22                    Bryan.Whittaker@usdoj.gov

23

24
   DATED: April 10, 2007            Respectfully submitted,
25
                                    SCOTT N. SCHOOLS
26                                  United States Attorney

27                                          /s/
                                    _____
                                    BRYAN R. WHITTAKER
28                                  Assistant United States Attorney