**FILED**
APR 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CORRECTED VERSION

Case 4:07-cr-00284-MJJ    Document 6    Filed 04/26/2007    Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

| Field | Value |
|---|---|
| DATE | 4/26/07 |
| CASE NUMBER | CR-07-00284 MJJ / 4-07-70202 WDB |
| NAME OF DEFENDANT | MAURICE KEVIN COLEMAN |
| ADDRESS OF DEFENDANT | Cornell Corrections Halfway House |
| NAME OF SURETY | EVELYN WEAVER (Deft's Mother) [JESSICA AGUIRRE crossed out] |
| ADDRESS OF SURETY | 245 Bridgeview Dr., San Francisco, CA 94124 |
| TELEPHONE | (415) 671-0689 Home ph. |
| NAME OF CUSTODIAN | LILY LACUESTA (Deft's Significant Other) |
| ADDRESS OF CUSTODIAN | 573 East Quail St., Sparks, NV 89431 |
| TELEPHONE | (775) 342-7994 cell phone |
| AMOUNT OF BOND | $250,000 |
| UNSECURED | PR ☒ |
| TIME/DATE OF NEXT APPEARANCE | 5/14/07 @ 10:00 am |
| COURTROOM/JUDGE | #4, Mag. Judge BRAZIL |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties: (Alameda), ~~Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito,~~ (San Francisco), ~~San Mateo, Santa Clara, Santa Cruz, and Sonoma.~~ See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in Oakland, CA as directed. See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to the Court by ASAP if any (Deft said he has no passport) and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant shall remain in the custody of custodian ROCHELLE COLEMAN at 2445 Mariposa St. San Francisco, CA 94110 Apt. 217 PER WDB's 7/24/07 ORDER who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol ~~to excess~~ and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____.
☒ Defendant must ☒ reside in Halfway House Full-time. Deft may leave only for court appear., atty & Pret. Svcs. visits, medical emergencies & as directed by Pret. Svcs. ☐ participate in Residential Treatment _____
☐ The following conditions also apply:

— The deft. shall be released by the U.S. Marshal on 4/27/07 morning from the Oakland Fed. Courthouse Bldg. Immed. upon release from Marshal's custody, deft must report to Pret. Svcs. office.

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT: X [signature]
SIGNATURE OF CUSTODIAN / SURETY: X Evelyn Weaver 4/26/07 (Mother)
SIGNATURE(S) OF SURETY(ies): X [signature] 4/26/07 Significant Other

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.

SIGNATURE OF MAGISTRATE JUDGE: [signature] 4/26/07

1-CLERK OF COURT-WHITE COPY

District Court
Criminal Case Processing

# BOND CONTINUATION/SUPPLEMENT

CASE NUMBER: CR-07-00284 MJJ    NAME OF DEFENDANT: MAURICE COLEMAN

DEFENDANT WAS RELEASED ON _____
SUBJECT TO THE FOLLOWING CONDITIONS:

☐ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.

☐ Defendant shall not commit any federal, state, or local crime.

☐ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness or informant, juror or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513 on reverse side.

☐ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse

☐ Defendant shall report in person, immediately upon release, and every_____, and by telephone every_____, by 4:00 p.m. to the U.S. Pretrial Office in _____. See addresses and telephone numbers on reverse side.

☐ Defendant shall surrender all passports and visas to the Court by_____ and shall not apply for any other passports.

☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☐ Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

> TO NOTIFY U.S. MARSHAL:   Monday through Friday, 8:00 a.m. to 4:30 p.m. (415) 436-7665
> After hours, weekend and holidays   (800) 336-0102

☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.

☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☐ The following conditions also apply:

AS OF 7/24/07
ADDITIONAL SURETIES: & CUSTODIAN
ROCHELLE COLEMAN           2445 Mariposa St.          Apt 217   CA 94110
                           San Francisco, CA
NAME OF SURETY/CUSTODIAN/SURETY    ADDRESS                                PHONE#

X Rochelle Coleman                                            (415) 240 5941 Cell
SIGNATURE OF SURETY & CUSTODIAN    DATE

**NAME OF SURETY**         **ADDRESS**              **PHONE#**

**SIGNATURE OF SURETY**    **DATE**

**NAME OF CUSTODIAN**      **ADDRESS**              **PHONE#**

**SIGNATURE OF CUSTODIAN** **DATE**