AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

Title 18 U.S.C Section 922(g)(1) - Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---

**DEFENDANT - U.S.**

► MAURICE KEVIN COLEMAN

**DISTRICT COURT NUMBER**

CR07-00284 MJJ

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Bryan Whittaker, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►_____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

v.

MAURICE KEVIN COLEMAN

**CR07-00284** M.J.J

DEFENDANT.

---

## INDICTMENT

18 U.S.C. Section 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this 10th day of May 2007.

_____ Clerk

Bail, $ No process.

E-filing

FILED

2007 MAY 10 AM 11:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　v.<br>MAURICE KEVIN COLEMAN,<br>　　　Defendant. | No. CR07-0284 MJJ<br>VIOLATION: 18 U.S.C. § 922(g)(1) -<br>Felon in Possession of a Firearm and<br>Ammunition<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

On or about April 5, 2007, in the Northern District of California, the defendant,

MAURICE KEVIN COLEMAN,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Smith & Wesson, Model 1006, 10 millimeter pistol, serial number TEV 0815, in and affecting commerce, and ammunition, described as one Winchester 10 millimeter auto round, in and affecting commerce,

////

////

COLEMAN INDICTMENT

1 | in violation of Title 18, United States Code, Section 922 (g)(1).

3 | DATED:                                     A TRUE BILL.
4 |     May 10, 2007
5 |                                             /s/ FOREPERSON

6 | SCOTT N. SCHOOLS
  | United States Attorney

8 | /s/
9 | W. DOUGLAS SPRAGUE
  | Chief, Criminal Division

11 | (Approved as to form: /s/ Byron R. Whitt )
12 |                      SAUSA WHITTAKER

COLEMAN INDICTMENT