1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00284 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF PRETRIAL RELEASE |
| MAURICE COLEMAN, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house at the direction of his pretrial services officer in order to seek and maintain employment. United States Pretrial Services Officer Victoria Gibson has no objection to this request and indicated that the parties should seek permission from the Court for this modification.
.

- 1 -

DATED: May 18, 2007

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: May 18, 2007

/S/
_____
BRYAN WHITTAKER
Special Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house at the direction and with prior approval of his pretrial services officer in order to seek and maintain employment. All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____
WAYNE D. BRAZIL
United States Magistrate Judge