1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant COLEMAN

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,           )
12                                      )   No. CR 07-00284 MJJ
                     Plaintiff,         )
13                                      )   STIPULATION AND ORDER
                                        )   MODIFYING CONDITIONS OF
14        v.                            )   PRETRIAL RELEASE
                                        )
15  MAURICE COLEMAN,                    )
                                        )
16                                      )
                                        )
17                   Defendant.         )

18

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

20  pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way

21  house at the direction of his pretrial services officer in order to seek and maintain employment.

22  United States Pretrial Services Officer Victoria Gibson has no objection to this request and indicated

23  that the parties should seek permission from the Court for this modification. .

24

25

26
                                              /S/

                                             - 1 -

| | |
|---|---|
| DATED:   May 18, 2007 | _____<br>JOYCE LEAVITT<br>Assistant Federal Public Defender |
| DATED:   May 18, 2007 | /S/<br>_____<br>BRYAN WHITTAKER<br>Special Assistant United States Attorney |

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house at the direction and with prior approval of his pretrial services officer in order to seek and maintain employment. All other conditions of release shall remain the same.

SO ORDERED.

DATED: May 18, 2007

_[signature]_
_____
WAYNE D. BRAZIL
United States Magistrate Judge

- 2 -