# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date:6/8/07

CR 07-00284 MJJ                      JUDGE: MARTIN J. JENKINS

MAURICE KEVIN COLEMAN              Present (X) Not Present ( ) In Custody ()
      DEFENDANT(S)

 SASHI KEWALRAMANI              JOYCE LEAVITT
U.S. ATTORNEY                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark          DIANE SKILLMAN
                              Court Reporter

_____        _____
 Interpreter                   Probation Officer
                      PROCEEDINGS

REASON FOR HEARING:  STATUS - HELD
  RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE
PREPARATION OF COUNSEL UNTIL 7/12/07

      JUDGMENT:

                      PROCEEDINGS

Case Continued to  7/12/07        for STATUS// Motion Setting/Evidentiary Hearing @ 2:00 PM
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 3:00 P.M.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:__Days/week) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the
(Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 10:00 AM
cc: