1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant COLEMAN

6

7

8              IN THE UNITED STATES DISTRICT COURT
9
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12  UNITED STATES OF AMERICA,        )
                                     )  No. CR 07-00284 MJJ (WDB)
13                  Plaintiff,       )
                                     )  STIPULATION AND [PROPOSED]
14          v.                       )  ORDER MODIFYING CONDITIONS
                                     )  OF PRETRIAL RELEASE
15  MAURICE COLEMAN,                 )
                                     )
16                                   )
                                     )
17                  Defendant.       )

18
19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

20  pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way

21  house and travel within the Northern District of California, ~~so long as he has the prior approval of his~~ on June 23, 2007 for job training.

22  ~~pre-trial services officer.~~ Currently, Mr. Coleman's travel is restricted to San Francisco and Alameda

23  counties. Mr. Coleman has a job and is scheduled to participate in job training which is outside of

24  these two counties. United States Pretrial Services Officer Victoria Gibson has no objection to

25
26  expanding Mr. Coleman's travel to the Northern District of California so long as he does not leave

the half-way house without the prior approval of U.S. Pretrial Services. All other conditions of release should remain the same.

DATED:   June 21, 2007

JOYCE LEAVITT   /S/
Assistant Federal Public Defender

DATED:   June 22, 2007

BRYAN WHITTAKER   /S/
Special Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house and travel within the Northern District of California so long as he has the prior approval of his pre-trial services officer. All other conditions of release shall remain the same.

SO ORDERED.

DATED:

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*United States v. Maurice Coleman*
CR 07-00284 MJJ (WDB)                                    -2-