```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOYCE LEAVITT
    Assistant Federal Public Defender
 3  555 12th Street, Suite 650
    Oakland, CA 94607-3627
 4  (510) 637-3500

 5  Counsel for Defendant COLEMAN
```

**FILED**

**JUN 2 2 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00284 MJJ (WDB) |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| MAURICE COLEMAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house and travel within the Northern District of California ~~so long as he has the prior approval of his pre-trial services officer.~~ *on June 23, 2007 for job training.* Currently, Mr. Coleman's travel is restricted to San Francisco and Alameda counties. Mr. Coleman has a job and is scheduled to participate in job training which is outside of these two counties. United States Pretrial Services Officer Victoria Gibson has no objection to expanding Mr. Coleman's travel to the Northern District of California so long as he does not leave

United States v. Maurice Coleman
CR 07-00284 MJJ (WDB)                           - 1 -

the half-way house without the prior approval of U.S. Pretrial Services. All other conditions of release should remain the same.

DATED:  June 21, 2007

JOYCE LEAVITT   /S/
Assistant Federal Public Defender

DATED:  June 22, 2007

Maureen Bessette for
BRYAN WHITTAKER   /S/
Special Assistant United States Attorney

SIGNATURE ATTESTATION:
I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Maurice Coleman may be modified to allow Mr. Coleman to leave the half-way house and travel within the Northern District of California so long as he has the prior approval of his pre-trial services officer. All other conditions of release shall remain the same.

SO ORDERED.

DATED: 6/22/07

WAYNE D. BRAZIL
United States Magistrate Judge

United States v. Maurice Coleman
CR 07-00284 MJJ (WDB)

-2-