1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00284 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| MAURICE COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Thursday, July 12, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 31, 2007, at 2:30 p.m. for change of plea. The status of the case is that the defense has received discovery and is investigating the matter. In addition, the government alleges criminal activity by Mr. Coleman in Nevada as well as in this district. The parties are trying to work out a global resolution which would encompass the Nevada case as well as the case in this

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Status Date                - 1 -

district. Should the Court continue the matter to August 31, 2007, it should provide enough time to finalize the plea agreement and proceed with a change of plea. The parties stipulate that the time from July 12, 2007, to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 7/10/07                                      _____
                                                    JOYCE LEAVITT    /S/
                                                    Assistant Federal Public Defender

DATED: 7/10/07                                      _____
                                                    BRYAN WHITTAKER    /S/
                                                    Special Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, July 12, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 31, 2007, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from July 12, 2007 to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow the parties to work out a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  7/11/2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge