**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 23, 2007

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Maurice Coleman, CR 07-00284 MJJ (WDB)**
**RE: Calendar case for 7/24/07 to request modification of terms of release**

Dear Judge Brazil :

    I am asking that this case be calendared on Tuesday, July 24, 2007, at 10:00 a.m. to ask that Mr. Coleman's conditions of release be modified to allow him to no longer reside at the half-way house in San Francisco but instead to live with his stepmother, Rochelle Coleman, as well as his two brothers and little sister at 2445 Mariposa, Street, Apt 217, San Francisco, CA.  Ms. Coleman is a security guard and she does not have any criminal record.  Mr. Coleman has been at the half-way house since April 26, 2007, with no problems.  He also is working two jobs and has been working for almost two months.  He also has been going to school to get his GED while taking another class for electrical wiring.

    US Pretrial Services Officer Victoria Gibson is considering the request and wanted to talk with Ms. Coleman.  She had some concerns about ensuring that Ms. Coleman not have a criminal record and that she be willing to get a telephone land line in her house for electronic monitoring.  SAUSA Bryan Whittaker has indicated that he would not object to the request if someone could post property.  Unfortunately there is no one to post property.  I apologize for placing this on the calendar so late but I will be out of town from July 25, 2007 through August 13 and am aware that the Court is then unavailable until August 27, 2007.  I wanted the Court to consider the matter before then.

    Sincerely,

BARRY J. PORTMAN
Federal Public Defender
    /S/
JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Bryan Whittaker, SAUSA
        Victoria Gibson, US Pretrial Services