**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 24, 2007

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Maurice Coleman, CR 07-00284 MJJ (WDB)**
**RE: Approval of Sureties to Modify Mr. Coleman's Conditions of Release**

Dear Judge Brazil :

    As Your Honor ordered, I spoke with Evalyn Weaver and Lily LaCuesta, the two sureties on Mr. Coleman's original bond. I explained to each individual the proposed modification to the terms of release, namely that Mr. Coleman reside at the house of his step-mother, Rochelle Coleman at 2445 Mariposa, Street, Apt 217, San Francisco, CA with electronic monitoring. I also explained to Ms. Weaver and Ms. LaCuesta that these conditions are less restrictive and therefore increase the risk that Mr. Coleman could violate the terms of his release. Both Ms. Weaver and Ms. LaCuesta understand the increased risks. Both are willing to remain on the bond as sureties.

    If Your Honor requires anything further, please let me know.

                                  Sincerely,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                    /S/

                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

cc:    Bryan Whittaker, SAUSA
         Victoria Gibson, US Pretrial Services