UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
AUG 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: August 31, 2007

Case No: CR-07-00284-MJJ    Judge: MARTIN J. JENKINS

Reporter: Starr Wilson    Clerk: Ivy Garcia for Monica Narcisse

Defendant(s):                                            Defense Counsel:

MAURICE COLEMAN    Present? Y  In Custody? N    Joyce Leavitt

US Attorney: Bryan Whittaker    Interpreter: None    US Probation Officer: None

Reason for Hearing:
Status - HELD

Ruling:

Notes: The deft's atty. need to do a little bit more discovery and do some add'l investigations. The deft's atty. asked the Court for a continuance — without objection from the gov't's atty.) request GRANTED. By noon on 9/19/07, the parties must provide the Court with a copy of the proposed plea agreement.

Case continued to: _____ for _____
Case continued to: 9/20/07 @ 2:00 p.m. for Further Status or Change of Plea
Case continued to: _____ for _____
Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial
Excludable Delay: Category: I  For effective prep. of counsel  Begins: 8/31/07  Ends: 9/20/07

cc: Ed Butler/Debbie Maghoney