BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-00284 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE AND EXCLUSION OF TIME |
| ) | |
| MAURICE COLEMAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Thursday, September 20, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, October 12, 2007, at 2:30 p.m. for change of plea. The status of the case is that the parties have worked out a global resolution which would encompass alleged criminal activity in Nevada as well as the case in this district. Should the Court continue the matter to October 12, 2007, it should provide enough time to finalize the plea agreement and proceed with a change of plea. The parties stipulate that the time from September 20, 2007, to October 12, 2007,

should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 9/19/07

*Joyce Leavitt* (signature)
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/19/07

_____
BRYAN WHITTAKER
Special Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in this case, currently scheduled for Thursday, September 20, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, October 12, 2007, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from September 20, 2007 to October 12, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow the parties to investigate and finalize the terms of a plea agreement which would resolve the matter in this district and in Nevada for a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Status Date

should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel

DATED: 9/19/07

*Joyce Leavitt*
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/19/07

*Bryan Whittaker*
BRYAN WHITTAKER
Special Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in this case, currently scheduled for Thursday, September 20, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, October 12, 2007, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from September 20, 2007 to October 12, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow the parties to investigate and finalize the terms of a plea agreement which would resolve the matter in this district and in Nevada for a global resolution. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: _____

HONORABLE MARTIN J. JENKINS
United States District Judge

United States v. Coleman, CR 07-00284 MJJ
Stip. Continuing Status Date — 2 —

09/19/2007 WED 16:50 [TX/RX NO 9743]