1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00284 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| MAURICE COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Friday, October 12, 2007, be continued to Friday, October 26, 2007, at 2:30 p.m. for change of plea. The parties have worked out a global resolution which encompasses alleged criminal activity in Nevada as well as the case in this district. The parties understand that the Court is unavailable on October 12, 2007. Should the Court continue the matter to October 26, 2007, it should provide time to finalize the plea agreement and proceed with a change of plea. The parties stipulate that the time from October 12, 2007, to October 26, 2007,

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Status Date     - 1 -

1  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

2  3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

3  DATED: 10/05/07
   _____
4  JOYCE LEAVITT       /S/
   Assistant Federal Public Defender

5  DATED: 10/05/07
   _____
6  BRYAN WHITTAKER   /S/
   Special Assistant United States Attorney

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by
8  a "conformed" signature (/S/) within this e-filed document.

9
## ORDER
10

11  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in this

12  case, currently scheduled for Friday, October 12, 2007, may be continued to Friday, October 26,

13  2007, at 2:30 p.m. for change of plea.

14  IT IS FURTHER ORDERED that the time from October 12, 2007, to October 26, 2007, should

15  be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

16

17  and (B)(iv) for adequate preparation of counsel to allow the parties to investigate and finalize the

18  terms of a plea agreement which would resolve the matter in this district and in Nevada for a global

19  resolution. The Court finds that the ends of justice served by the granting of the continuance

20  outweigh the best interests of the public and the defendant in a speedy and public trial and the failure

21  to grant the requested continuance would unreasonably deny counsel the reasonable time necessary

22  for effective preparation, taking into account due diligence.

23

24  SO ORDERED.

25  DATED: 10/16/2007
    _____
    HONORABLE MARTIN J. JENKINS
26  United States District Judge

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Status Date                  - 2 -