

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*            *(510) 637-3680*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*               *FAX:(510) 637-3724*

October 23, 2007

VIA HAND DELIVERY & FACSIMILE

Honorable Martin J. Jenkins
450 Golden Gate Ave.
Courtroom 11, 19th Floor
San Francisco, California 94102

      Re:    United States v. Maurice Coleman,
               CR-07-00284 MJJ

Dear Judge Jenkins:

    The above referenced matter is on the Court's calendar for October 26, 2007, for change of plea. Pursuant to this Court's Standing Order, the parties hereby submit a copy of the proposed plea agreement in this matter.

                                    Very truly yours,

                                      SCOTT N. SCHOOLS
                                    United States Attorney

           By:    /s/ Bryan R. Whittaker
                    BRYAN R. WHITTAKER
                    Special Assistant United States Attorney

cc: Joyce Leavitt, AFPD

Enclosure