UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
**JUDGE MARTIN J. JENKINS**
**Date:  10/26/07**

**Clerk: Frances Stone for Monica Narcisse**
**Court Reporter: MARGO GURULE**

**Plaintiff:**  United States

**v.**                                                        **No.**  CR-07-00284-MJJ

**Defendant:** Maurice Coleman [present; not in custody]

**Appearances for AUSA:** Bryan Whittaker

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| Change of Plea | -NOT HELD |
| Status | -HELD |

**Notes:**  Court did not have information as to Criminal History. REFERRED to Probation for
Criminal History and complete  Presentence Report for Change of  Plea and Sentencing date of  2/1/08 .

**Case Continued to:  2/1/08 at 2:30pm        for   PLEA AND SENTENCING (Oakland Ctrm #1)**

**Case Continued to:**            **for**
**Case Continued to:**            **for**
**Motions to be filed by:**        **Opposition Due:**

**Case Continued to**                      **for Pretrial Conference**
**Case Continued to**          **for**            **Trial**

**Excludable Delay: Category: Begins:  10/26/07      Ends:**  2/1/08

CC: PROBATION