**FILED**
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*PLEA AND SENTENCING SET 2/1/08 AT 2:30pm*

Case Number: CR-07-00284-MJJ
Defendant's Name: MAURICE COLEMAN
Defendant's Counsel: JOYCE LEAVITT
Due Date: 2/1/08 AT 2:30pm - OAKLAND

___ Courtroom    Floor 4TH

~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~

**The Court has directed that a:**

___XX___ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**,
before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation

by: _Frances Stone_
Frances Stone, Deputy Clerk
for **Monica Narcisse**
Dated:

**US PROBATION OFFICE**
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____