~~PROPOSED~~ ORDER/COVER SHEET

TO: The Honorable Wayne D. Brazil
U.S. Magistrate Court Judge

RE: Maurice Coleman

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

FILED
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DOCKET NO.: CR-07-00284 MJJ

DATE: November 2, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Officer Specialist

415-436-7508
TELEPHONE NUMBER

RE: VIOLATION/INFORMATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on _Nov 8, 2007_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Order(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_Wayne D. Brazil_                              _11-5-07_
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)

(Cover sheet only) cc: parties of record via ECF,
Pretrial, ~~Debbie~~ Maghoney
Financial