| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 12/10/07 | 10:25:14-10:38:30 recalled 10:58:32-11:04:05 |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 12/10/07 | NEW CASE ☐ | CASE NUMBER CR-07-00284-MJJ |

DOCUMENTS UNDER SEAL ☐  TOTAL TIME (mins): 19 Mins

### APPEARANCES

| DEFENDANT MAURICE COLEMAN | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Bryan Whittaker | | INTERPRETER Int. not needed by the deft. | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING 19 Mins HELD | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED DEC 10 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 2/1/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 2:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. MARTIN J. JENKINS | ☐ DETENTION HEARING | | ☐ MOTIONS | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. vigorously opposed the deft's request to be released from the Halfway House so he can reside with his girlfriend in Sparks, CA. Pret. Svcs. joined in the govt's opposition. Based on the info. stated by the govt. on the record, the Court does not have enough confidence that the deft's girlfriend exercises any constraining influence on the deft. The Court DENIED the deft's request. The Court will allow the deft. to travel for 2 wks. to Sparks, CA to spend time with his children during the Christmas holidays. The Court asked the deft's atty. to submit a proposed Order to the Court re: deft's 2 wks. travel. During his 2 wks. travel to Sparks, CA, Pret. Svcs. Officer V. Gibson will continue to supervise the deft. and the Court ordered that the deft. shall be subject to curfew as directed by Pret. Svcs. Per deft's request, Ms. Gibson will talk to the Director of the Halfway House re: poss. of decreasing the deft's payment towards the Halfway House cost.

cc: WDB's Stats, Debbie Maghoney for Monica Narcisse, Pretrial, Financial

DOCUMENT NUMBER: