1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant COLEMAN

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                )
12                                           )    No. CR 07-00284 MJJ
                          Plaintiff,         )
13                                           )    STIPULATION AND [PROPOSED]
            v.                               )    ORDER CONTINUING CHANGE OF
14                                           )    PLEA AND SENTENCING
                                             )
15                                           )
   MAURICE COLEMAN,                          )
16                                           )
                          Defendant.         )
17  ─────────────────────────────────────────)

18

19        IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

20  plea and sentencing date in this case, currently scheduled for Friday, February 1, 2008, at 2:30 p.m.

21  shall be continued to Friday, February 29, 2008, at 2:30 p.m. for change of plea and sentencing.  The

22  probation officer recently interviewed Mr. Coleman in connection with the pre-plea report.  The

23  probation officer is continuing to prepare the report but will be out of the office during the end of

24  December and additional time is needed to continue the pre-plea investigation.  Should the Court

25

26

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Change of Plea/Sentencing            - 1 -

continue the matter to February 29, 2008, it should provide time for the probation officer to finalize

the pre-plea report and for the parties to file a sentencing memorandum prior to sentencing.

The parties stipulate that the time from February 1, 2008, through February 29, 2008,

should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

3161(h)(1)(I) while the Court continues to consider the proposed plea agreement to be entered into

by the defendant and the attorney for the government.

DATED:   12/14/07                                    _____

JOYCE LEAVITT          /S/
Assistant Federal Public Defender


DATED:   12/18/07                                    _____

BRYAN WHITTAKER     /S/
Special Assistant United States Attorney


## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by

a "conformed" signature (/S/) within this e-filed document.

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Change of Plea/Sentencing            - 2 -

1

## ORDER

2    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and

3  sentencing in this case, currently scheduled for Friday, February 1, 2008, may be continued to

4  Friday, February 29, 2008, at 2:30 p.m. for change of plea.

5    IT IS FURTHER ORDERED that the time from February 1, 2008, to February 29, 2008,

6  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

7
8  3161(h)(1)(I) while the Court considers the proposed plea agreement to be entered into by the

9  defendant and the attorney for the government.

10    SO ORDERED.

11  DATED:    _____

12                HONORABLE MARTIN J. JENKINS
             United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

*United States v. Coleman*, CR 07-00284 MJJ
Stip. Continuing Change of Plea/Sentencing       - 3 -