1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant COLEMAN

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )
12                                     )   No. CR 07-00284 MJJ
                   Plaintiff,          )
13                                     )   STIPULATION AND [~~PROPOSED~~]
                                       )   ORDER CONTINUING CHANGE OF
14         v.                          )   PLEA AND SENTENCING
                                       )
15                                     )
   MAURICE COLEMAN,                    )
16                                     )
                   Defendant.          )
17 _____)

18

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

20 plea and sentencing date in this case, currently scheduled for Friday, February 1, 2008, at 2:30 p.m.

21 shall be continued to Friday, February 29, 2008, at 2:30 p.m. for change of plea and sentencing. The

22 probation officer recently interviewed Mr. Coleman in connection with the pre-plea report. The

23
   probation officer is continuing to prepare the report but will be out of the office during the end of
24
   December and additional time is needed to continue the pre-plea investigation. Should the Court
25

26

*United States v. Coleman,* CR 07-00284 MJJ
Stip. Continuing Change of Plea/Sentencing          - 1 -

continue the matter to February 29, 2008, it should provide time for the probation officer to finalize the pre-plea report and for the parties to file a sentencing memorandum prior to sentencing.

The parties stipulate that the time from February 1, 2008, through February 29, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) while the Court continues to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED:   12/14/07
                            JOYCE LEAVITT    /S/
                            Assistant Federal Public Defender

DATED:   12/18/07
                            BRYAN WHITTAKER    /S/
                            Special Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled for Friday, February 1, 2008, may be continued to Friday, February 29, 2008, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from February 1, 2008, to February 29, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) while the Court considers the proposed plea agreement to be entered into by the defendant and the attorney for the government.

SO ORDERED.

DATED:

HONORABLE MARTIN J. JENKINS
United States District Judge