# P~~ROPOSE~~D ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | The Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge | **FILED**<br>FEB 1 2 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | Maurice COLEMAN |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | CR-07-00284 MJJ |
| **DATE:** | February 11, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Victoria Gibson</u>       <u>510-637-3752</u>
U.S. Pretrial Officer Specialist      TELEPHONE NUMBER

**RE: VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_/s/ Wayne D. Brazil_        2/12/08
JUDICIAL OFFICER      DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Monica Narcisse, Financial



**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Victoria Gibson
U.S. Pretrial Services Specialist

**Subject:** Maurice Coleman
CR07-0284 MJJ

**Date:** February 11, 2008

# MEMORANDUM

---

Your Honor:

In a memorandum dated January 18, 2008, Pretrial Services informed the Court that the defendant was the subject of an outstanding traffic warrant ($530) in Reno, Nevada. Your Honor ordered that the defendant be allowed to travel to Reno, Nevada, to clear the warrant, at the direction of Pretrial Services.

Pretrial Services spoke to Washoe County Municipal Court and confirmed that the defendant would need to file a motion to request a hearing. At this hearing, the defendant could request a reduction in the fine and ask that the Court reinstate his previous payment plan.

Pretrial Service gave the defendant permission to travel to Reno, Nevada, the evening of February 5, 2008. Mr. Coleman presented himself to the Municipal Court on February 6, 2008, and a hearing was scheduled for February 7, 2008.

The morning of February 7, 2008, the defendant's significant other, Lily LaCuesta, called the undersigned to report that she and the defendant had been pulled over late the prior evening. Reno police officers ran the defendant's name, found the outstanding traffic warrant, and discovered another warrant (approximately $700), under the alias name, Bernard Thomas. The second warrant was related to an arrest incurred by the defendant in 2006, for Possession of Marijuana. Mr. Coleman was taken into custody. Ms. LaCuesta indicated that she was trying to raise bail and would keep the undersigned officer apprised.

On February 8, 2008, Ms. LaCuesta informed this officer that she anticipated the defendant's release from custody late that night. The undersigned officer requested that she drive the defendant back to Cornell Corrections on Saturday, February 9, 2008. On February 9, 2008, this officer received notification that the defendant had a court hearing scheduled, in Reno, on Monday, February 11, 2008. As such, this officer instructed the defendant to remain at Ms. LaCuesta's house until the hearing, at which time, Ms. LaCuesta will drive him back to Cornell Corrections.

**RECOMMENDATION:** Pretrial Services is concerned with the defendant's ongoing contact with law enforcement, his use of aliases, and the discovery of these unresolved issues. We will closely monitor the cases in Reno, Nevada, to ensure that the defendant takes the proper steps to resolve the cases. We are not requesting additional action be taken by

**MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE**
**RE: COLEMAN, MAURICE**                     **DOCKET: CR-07-00284 MJJ**
**PAGE 2**

the Court at this time. However, should there be any further developments, we will advise the Court immediately, and we may request Court sanctions.

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

VICTORIA GIBSON
U.S. Pretrial Services Specialist

Reviewed by:

SILVIO LUGO, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:  Bryan Whitaker, AUSA
     Joyce Leavitt, AFPD