JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone:  (510) 637-3924
   FAX:  (510) 637-3724
   Email:  chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00284 MJJ |
|    Plaintiff, ) | NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES |
|    v. ) | |
| MAURICE KEVIN COLEMAN, ) | |
|    Defendant. ) | |

     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Chinhayi J. Coleman, Assistant United States Attorney, and to withdraw the appearance of Bryan Whittaker, the Assistant United States Attorney who was formerly assigned to represent Plaintiff United States of America in this case.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Chinhayi J. Coleman at the above mailing address, telephone

SUBSTITUTION OF ATTORNEYS
CR 07-00284 MJJ

1  number, facsimile number and e-mail address.

2

3  DATED: February 19, 2008                    Respectfully submitted,

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5

6
                                                        /s/
7                                              CHINHAYI J. COLEMAN
                                               Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
CR 07-00284 MJJ