JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3924
   Facsimile: (510) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00284 MJJ |
|    Plaintiff, | |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| MAURICE KEVIN COLEMAN, | Hearing Date: February 29, 2008 |
|    Defendant. | Time: 1:30 p.m. |

I.  **INTRODUCTION/BACKGROUND**

On October 23, 2007, the parties in this case submitted a proposed plea agreement to the Court for its consideration. In the plea agreement, the parties agreed that Defendant's adjusted offense level is 13, and that Defendant's criminal history category would be determined by the Court. See Plea Agreement at ¶¶ 7, 8. The parties agreed to a sentence of imprisonment at the high end of the applicable Guidelines range. See Plea Agreement at ¶ 8.

As detailed below, the United States disagrees with the conclusion of the U.S. Probation Office regarding the adjusted offense level, agrees with U.S. Probation's conclusion of a Criminal History Category III, and recommends that a sentence of 24 months be imposed.

## II. GUIDELINES CALCULATIONS

On February 20, 2008, the U.S. Probation Office submitted a Pre-Plea Presentence Investigation Report, which contained a computation establishing a Criminal History Category of III. The United States agrees with the Probation Department's determination that Defendant has a Criminal History Category of III.

A Total Offense Level of 13 and a Criminal History Category of III results in a Sentencing Guidelines Range of 18 to 24 months of imprisonment. The parties have agreed to a sentence at the high end of the applicable Guideline range, and the United States recommends a sentence of 24 months imprisonment.

In the present case, the defendant is charged with being a felon in possession of a firearm and ammunition on April 5, 2007 in Oakland, California. U.S. Probation has characterized straw purchases of guns in Nevada on March 7, 2007 as relevant conduct. The United States disagrees that the straw purchases should be characterized as relevant conduct within the meaning of U.S.S.G. § 1B1.3. In determining whether actions qualify as relevant conduct within the Guidelines, Courts consider the degree of similarity of the offenses, the regularity of the offenses, and the time interval between the offenses. See United States v. Hahn, 960 F.2d 903 (9th Cir. 1992); U.S.S.G. § 1B1.3, Application Note 9(B). The conduct in the present case is not similar, as the previous conduct dealt with unrelated straw purchases, while the charged conduct is being a felon in possession of a firearm and ammunition. The conduct here lacks regularity, as the straw purchases occurred on only one other day. The time interval between the offenses was not particularly close, as approximately one month elapsed between the conduct. Taken together in this case, the government submits the factors do not support application of the relevant conduct enhancement. Consequently, the United States disagrees that the enhancement in Paragraph 24 of the Pre-Plea Presentence Investigation Report should apply.

CR 07-00284 MJJ
UNITED STATES' SENTENCING MEMORANDUM

### III. THE UNITED STATES' SENTENCING RECOMMENDATION

In agreement with the criminal history category calculated by the U.S. Probation Office, and in accordance with the agreement between the parties, the United States respectfully requests that the Court sentence Defendant to a term of twenty four (24) months imprisonment; three (3) years of supervised release (with conditions to be fixed by the Court); and a $100 mandatory special assessment.

DATED: February 22, 2008                    Respectfully submitted,

                                                       JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                             /s/
                                                   CHINHAYI J. COLEMAN
                                                   Assistant United States Attorney