UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**        Courtroom Clerk:  **Monica Narcisse**

Date: **February 29, 2008 [4:34 - 5:23 pm]**        Court Reporter:    **Starr Wilson**

Case No:    **CR07-00284-1 MJJ**

DEFENDANT:    **MAURICE COLEMAN**    (x) Present    () Not Present    () In Custody

AUSA:    **Chinhayi Coleman**        DEF ATTY:    **Joyce Leavitt**

Interpreter:        Probation Officer:    **Constance Cook**

TYPE FOR HEARING:    **Change of Plea and Sentencing**

ORDER AFTER HEARING(S):
- Court accepts Stipulation for factual basis for entry or plea. Application to Enter Guilty Plea and Plea Agreement accepted and filed. Court finds defendant **guilty** as to **count 1** of the indictment. Parties waive time for sentencing.
- Pretrial Services shall prepare and submit memo re: Modification of pretrial release.
- Defendant remains released with same terms and conditions.

CASE CONTINUED TO:    March 6, 2008 at 2:00 p.m.    for    **Status re: Modification of Pretrial Release & Surrender Date**

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru

JUDGMENT:    Court finds Offense Level 13, Criminal History III, leading to a Guideline Range of 18-24 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **24 months custody of the BOP to be followed by 3 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. See J&C for details.

Notes: