UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **March 6, 2008** [**2:15 - 2:30 pm**] | Court Reporter: **Kathy Wyatt** |

Case No:    **CR07-00284-1 MJJ**

DEFENDANT:    **MAURICE COLEMAN**    (**x**) Present    () Not Present    () In Custody

AUSA:    **Chinhayi Coleman**    DEF ATTY:    **Joyce Leavitt**

Interpreter:        Pretrial Services Officer:    **Victoria Gibson**

TYPE FOR HEARING:    Status re: Modification of Pretrial Release


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
• **Defendant must resolve outstanding warrant issues, if any, next week.**
• **Defendant allowed to travel to Reno, NV to take care of outstanding issues.**
• **Surrender Date: On or before April 18, 2008 by 2:00 p.m.**


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:    **March 14, 2008 at 1:30 p.m.  (Oak #2)**    for    **Pretrial Release Status**


BASIS TO EXCLUDE TIME GRANTED FOR:        Thru


JUDGMENT:


Notes: