UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**                     Courtroom Clerk:  **Monica Narcisse**

Date: **March 14, 2008**     [**2**:24 - 2:28 pm]          Court Reporter: **Diane Skillman**

Case No:   **CR07-00284-1 MJJ**

DEFENDANT:     **MAURICE COLEMAN**     (**x**) Present   () Not Present   () In Custody

AUSA:    **Chinhayi Coleman**          DEF ATTY:    **Joyce Leavitt**

Interpreter:          Pretrial Services Officer:   **Victoria Gibson**

TYPE FOR HEARING:     Status re: Modification of Pretrial Release


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- **Defendant shall reside in Nevada (Ms. LaCuesta's home) prior to his surrender date.**
- **10:00 pm curfew imposed while on pretrial release.**
- **Pretrial Services shall monitor defendant's coming and goings.**
- **Surrender date extended to : May 16, 2008**
- **If defendant is not classified by 5/16/2008, he must appear before Judge Wilken on 5/21/2008, for status.**


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:          for

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru

JUDGMENT:

Notes:     **J & C shall be amended to reflect new surrender date.**